UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ADMINISTRATIVE DISTRICT COUNCIL 1 OF ILLINOIS OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, | ) ) ) ) ) ) | Case No. 11 C 6604 <br><br> Judge Pallmeyer |
| Plaintiff, | ) | Magistrate Judge Nolan |
| v. | ) ) | |
| JOSEPH MINAGLIA, | ) ) | |
| Defendant. | ) | |

## MOTION FOR ENTRY OF FINAL JUDGMENT

Plaintiff Administrative District Council 1 of Illinois of the International Union of Bricklayers and Allied Craftworkers, AFL-CIO (the "Union"), through its attorneys, respectfully moves for entry of final judgment against Joseph Minaglia, in the form attached or otherwise. In support, the Union states that (1) the Court has already granted the Union's motion for judgment on the pleadings, (2) there does not appear to be any prospect of any agreed settlement, (3) Mr. Minaglia appears to have violated or attempted to violate the requirements of the arbitration award by performing or seeking to perform bargaining unit work in further violation of the labor contract, and (4) it is now appropriate to bring this matter to a conclusion through entry of judgment. In further support of this motion, the Union relies on the attached detailed statement in support of motion for entry of judgment and exhibits.

Respectfully submitted,

Barry M. Bennett
DOWD, BLOCH & BENNETT
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603
(312) 372-1361

　　/s/ Barry M. Bennett　　
Attorney for
Administrative District Council 1 of
the International Union of Bricklayers
and Allied Craftworkers